WILLIAM J. DUFFY, APPELLANT, v. THE MAYOR AND ALDERMEN OF THE CITY OF PATERSON ET AL., RESPONDENTS.

Submitted March 26, 1917—Decided June 18, 1917.

On appeal from the Supreme Court.

For the appellant, *Ward & McGinnis.*

For the respondents, *Edward F. Merrey.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons given in the *per curiam* in *Wilhelmina Koettgen* v. *Mayor and Aldermen of the City of Paterson et al.,* No. 149 of the present term of this court, *post p.* 698.

*For affirmance*—THE CHANCELLOR, SWAYZE, PARKER, BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 11.

*For reversal*—None.